FILED

2019 OCT 16 P 3:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHEILA ANN LARVINGO (1),<br>MORGAN DOVER (2),<br><br>　　　　　　Defendants. | Case No. **19 CR 4187 BAS**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) and<br>(v)(II) – Transportation of<br>Certain Aliens and Aiding<br>and Abetting |

The grand jury charges:

Counts 1-5

On or about August 27, 2019, within the Southern District of California, defendants SHEILA ANN LARVINGO and MORGAN DOVER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law:

//

//

APW:cms:San Diego:10/16/19

| Counts | Name |
|---|---|
| 1 | Ismael Ayala-Garcia |
| 2 | Rigoberto Gamino-Avalos |
| 3 | Dagoberto Huitron-Gallegos |
| 4 | Eduardo Sereno-Armas |
| 5 | Angel Armas Guzman |

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

DATED: October 16, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
ALICIA P. WILLIAMS
Assistant U.S. Attorney

2