# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MORGAN DOVER (2),<br><br>  Defendant. | Case No. 19cr4187-WVG<br><br>**ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT AS TO MORGAN DOVER** |

Based upon the Motion of the United States, and good cause appearing therefor, it is hereby:

ORDERED that the Government's motion to dismiss the indictment as to Defendant Morgan Dover is GRANTED with prejudice.

DATED: 5/22/2020

_____
WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE